# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RICHARD L. POWERS,**

        Plaintiff,

    -vs-

**WHITEHALL-ROBINS, A Division of AMERICAN HOME PRODUCTS CORPORATION, AMERICAN HOME PRODUCTS CORPORATION, INC., WYETH AND ITS UNINCORPORATED DIVISION WYETH CONSUMER HEALTHCARE DIVISION OF WYETH,**

        Defendants.

Case No. 02-C-227

## ORDER

Based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the captioned action and all claims or causes of action are hereby dismissed with prejudice, upon the merits and without costs.

Dated at Milwaukee, Wisconsin, this 1st day of December, 2005.

        **SO ORDERED,**

        s/ Rudolph T. Randa
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**